Argued September 11, reversed and remanded October 23, 1968

# SHORT, *Appellant, v.* WAGGONER, *Respondent.*

446 P. 2d 113

*Hal F. Coe,* Klamaths Falls, argued the cause and filed a brief for appellant.

*Robert D. Puckett,* Klamath Falls, argued the cause for respondent. On the brief were Proctor & Puckett, Klamath Falls.

Before O'CONNELL, Presiding Justice, and GOODWIN and DENECKE, Justices.

DENECKE, J.

The plaintiff, as lessee, brought an action for breach of lease of a small hotel against the defendant,

as lessor. While that action was pending, the plaintiff brought the present action, alleging that the parties had agreed upon a settlement of the pending lawsuit and their other differences. Plaintiff alleged that the defendant failed and refused to perform his part of the settlement agreement, including the payment of $2,500; therefore, plaintiff is entitled to damages in that amount. The trial court granted defendant's motion for a directed verdict, and plaintiff appeals.

The appeal turns upon whether there was any evidence from which the jury could reasonably find that the parties did come to a meeting of the minds upon a settlement agreement. We find there was such evidence.

The attorney who negotiated for the plaintiff testified that the attorney who negotiated for the defendant offered to settle on the basis that the defendant would pay the plaintiff $2,500; he would give up his claims against the plaintiff for storage; he would use certain furniture in the apartments; and that the plaintiff would take the furniture in the rooms and would vacate the premises. The plaintiff's attorney testified that he informed his client of these terms; she considered them and accepted them and such acceptance was communicated to the defendant's attorney.

Reversed and remanded.